In re Dixon, Gilbert E.; — Defendant(s); applying for supervisory and/or remedial writs; Parish of West Feliciana, 20th Judicial District Court, Div. “A”, No. 6982.
Denied. The Fifth Circuit overruled Leichman v. Secretary, La. Dept. of Corrections, 939 F.2d 315 (5th Cir.1991) in Wilkerson v. Whitley, 28 F.3d 498 (5th Cir.1994), cert. denied, — U.S.-, 115 S.Ct. 740,130 L.Ed.2d 642 (1995). Relator’s application is otherwise barred. La.C.Cr.P. art. 930.8.
LEMMON, J., not on panel.